# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH BAREFIELD, as Administrator of the Estate of THOMAS W. HATCH,**<br><br>Plaintiff,<br><br>v.<br><br>**HSBC HOLDINGS, PLC; CALIBER HOME LOANS, INC., as Attorney in fact for U.S. BANK, N.A., Trustee for LSF10 MASTER PARTICIPATION TRUST; SUMMIT PROPERTY MANAGEMENT, INC.; DOES 1-20, inclusive,**<br><br>Defendants. | 1:18-cv-01442-LJO-JLT<br><br>**ORDER RE: FILINGS IN THIS CLOSED CASE** |

In an order dated October 31, 2018, the Court dismissed Plaintiff's complaint in this case as duplicative of the complaint in another active case, *Barefield v. HSBC Holdings, PLC*, Case No. 18-cv-00527-LJO-JLT. ECF No. 7. That order closed this case, and judgment was entered the same day. ECF No. 8. Nevertheless, Plaintiff has added this case number (1:18-cv-01442) to her filings in her other, active case (1:18-cv-00527). This has caused needless confusion and administrative burden for the Court. This case remains closed, and further duplicative filing on this docket of papers relating to the open case will not be permitted. If Plaintiff continues to include this docket number on filings relating to her other case, they will not be filed in either case and will instead be returned to her for correction. IT IS SO ORDERED.

Dated: **March 25, 2019**                 /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE

1